# Third District Court of Appeal

## State of Florida

Opinion filed August 13, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2207
Lower Tribunal No. F22-4490
_____

**Lester Otero-Perez,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Milton Hirsch, Judge.

Carlos J. Martinez, Public Defender, and Amy Weber, Assistant Public Defender, for appellant.

James Uthmeier, Attorney General, and Daniel Colmenares, Assistant Attorney General, for appellee.

Before SCALES, C.J., and MILLER, and GOODEN, JJ.

PER CURIAM.

Appellant Lester Otero-Perez appeals his conviction and sentence for the sale of cocaine and the possession of a place for the sale of a controlled substance. He alleges the trial court abused its discretion by admitting hearsay statements and records from Sunbiz.org. Finding the trial court did not abuse its discretion, we affirm. See Bearden v. State, 161 So. 3d 1257, 1263 (Fla. 2015) ("Generally, a trial court's ruling on the admissibility of evidence will not be disturbed absent an abuse of discretion.").

Affirmed.